**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Besy Arely MALDONADO–PEREZ, aka Betsy aka Besy Arely–Maldonado aka Besy Arely Maldondo–Perez aka Betsy Maldonado–Perez, Defendant—Appellant.**

**No. 04–10591.**
**D.C. No. CR–03–01064–SMM.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 17, 2006.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

UNITED STATES of America,
Plaintiff—Appellee,

v.

Jerry Danny HANKS, Defendant—
Appellant.

No. 04–10658.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 17, 2006.

Before HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM**

Besy Arely Maldonado–Perez appeals from the 121–month sentence imposed following her jury trial conviction for conspiracy to commit hostage taking, in violation of 18 U.S.C. § 1203, conspiracy to harbor illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (a)(1)(A)(v)(I) and (II) and (a)(1)(B)(i), and harboring illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II) and (a)(1)(B)(ii). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Maldonado–Perez challenges the district court's enhancements for making a ransom demand and for multiple victims. Because these challenges were preserved below, we vacate the sentence and remand for resentencing under the now-advisory Guidelines. *See United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Kortgaard*, 425 F.3d 602, 610–11 (9th Cir.2005).

**SENTENCE VACATED and RE-MANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).